# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

132876(40)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MATTHEW LLOYD MCGRAW,
      Defendant-Appellant.

SC: 132876
COA: 264052
Saginaw CC: 03-022840-FH

_____

      On order of the Chief Justice, the motion by plaintiff-appellee for extension of the time for filing their brief on appeal is considered and, it appearing the brief was filed April 22, 2009, the time for filing is extended to that date.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2009

_____
Clerk